**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6629**

_____

JAMES DOUGLAS TINSLEY, a/k/a Jimmy Tinsley, a/k/a Jimmy D.
Tinsley, III, a/k/a James D. Tinsley, II, a/k/a James
Douglas Tinsley, II,

              Plaintiff - Appellant,

        v.

DETECTIVE BRIAN WIGHT, SCSO; INVESTIGATOR R. BOGAN, I-58,
SCSO,

              Defendants – Appellees,

        and

SHERIFF CHUCK WRIGHT, SCSO; COUNTY OF SPARTANBURG, being
sued in their individual and official capacities,

              Defendants.

_____

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.   Solomon Blatt, Jr., Senior
District Judge.  (7:09-cv-02455-SB)

_____

Submitted:  August 30, 2012          Decided:  September 11, 2012

_____

Before NIEMEYER, SHEDD, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Douglas Tinsley, Appellant Pro Se.  Nathaniel Heyward Clarkson, III, Amy Miller Snyder, CLARKSON WALSH TERRELL & COULTER, PA, Greenville, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Douglas Tinsley appeals the district court's order granting summary judgment to Defendants on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tinsley v. Wight, No. 7:09-cv-02455-SB (D.S.C. Mar. 28, 2012) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED